R. Kenneth Bauer, Esq., SBN 118620
LAW OFFICES OF R. KENNETH BAUER
500 Ygnacio Valley Road, Suite 328
Walnut Creek, California 94596
Telephone: (925) 945-7945
Facsimile: (925) 940-9632

Attorneys for Debtor VISENDI and
DANVILLE OPTOMETRIC GROUP, INC.,

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER S. VISENDI, aka DANVILLE OPTOMETRIC GROUP, INC., <br><br>         Debtor. | CASE NO. 11-42045 <br><br> Chapter 11 |
| DANVILLE OPTOMETRIC GROUP, INC., <br><br>         Debtor. | CASE NO. 11-42047 <br><br> Chapter 11 |

**REQUEST FOR EXTENSION OF TIME
TO FILE PLAN AND DISCLOSURE STATEMENT**

Debtors, PETER S. VISENDI, aka DANVILLE OPTOMETRIC GROUP, INC. ("Visendi"), and DANVILLE OPTOMETRIC GROUP, INC. ("Group"), hereby request a one month extension of time within which to file the Plan and Disclosure Statement herein, on the grounds that motions which will have a significant affect on the plan herein are to be heard by the court on September 15, 2011, and that Dr. Visendi was incapacitated for approximately one month due to medical issues. More specifically, he underwent an angioplasty in late June, then underwent a quadruple bypass cardiac surgical procedure on July 1, 2011, and returned to work in late July.

DATED: August 12, 2011                    LAW OFFICES OF R. KENNETH BAUER


                                          By:        /s/ *RK Bauer*
                                                R. Kenneth Bauer
                                          Attorneys for Debtors VISDENDI.and
                                          DANVILLE OPTOMETRIC GROUP, INC.